Mr. Val G. Moore
325 N. Elizabeth
Wichita, Ks. 67203
(316) 364-0452

)
)
)
)
)
)
)
)
)
)

FILED
U.S. District Court
District of Kansas

JUL 11 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF KANSAS

Val G. Moore et. al.                      )   CASE NO. 6:25-cv-01150-DDC-BGS
    Plaintiff ( s ),                  )   ( To be supplied by the court )
Vs.                                       )
CITY OF TOPEKA; COUNTY OF SHAWNEE:        )
CHIEF CHILES AND COMMANDER OF T. P. D     )
et. al.                                   )
    Defendant ( s )                   )
                                          )   **CIVIL RIGHTS COMPLAINT**
                                          )   **PURSUANT TO 42 U. S. C. § 1983**
                                          )
                                          )

### A. JURISDICTION

1.) **Plaintiff:** <u>Mary L. Love</u> was a citizen of Kansas until her recent death 1/8/2024, who resided at: 2030 S.E. 12th, Paradise Plaza - Topeka, Ks. 66607.

2.) **Plaintiff:** <u>Val G. Moore</u> was / is a citizen of Kansas who resides at: **325 N. Elizabeth – Wichita, Ks. 67203.**

3.) **Plaintiff:** *Lawyer's Assistant / Paralegal / Author*, <u>Levi Love</u> is a citizen of Kansas who resides at: **E. D. C. F. P. O. Box 311 – Eldorado, Ks. 67504.**

4.) **Defendant:** <u>Det. Sgt. Walter Wywadis</u> is a citizen of Topeka, Kansas and is / was employed as Supervisor in charge of the Homicide Assault Squad of the Topeka Police Department. At the time the claim(s) arose, was this defendant acting under color of State law? Yes.

XE-2 8/82                    CIVIL RIGHTS COMPLAINT § 1983 etc.                              1

3) Defendant __See Next pg. 2a__ is a citizen of
   _(Name of second defendant)_

   __See Next Pg. 2a__, and is employed as
   _(City, state)_

   __See Next Pg. 2a__. At the time the
   _(Position and title, if any)_

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X]  No [ ] . If your answer is "Yes", briefly explain:

   __See memorandum in support of Civil Rights Complaint 42 U.S.C. § 1983 filed with this Action.__

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   __42 U.S.C. §1985; 42 U.S.C. §1986; 42 U.S.C. §1988; And 18 U.S.C. §242__

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   __See Memorandum In Support of Civil Rights Complaint 42 U.S.C. §1983 filed with this Action__

2

5. ) **Defendant**: Kirby Lester is a citizen of Topeka, Kansas and is / as employed as detective of the Topeka Police Department. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

6. ) **Defendant**: Det. William Cochran is a citizen of Topeka, Kansas and is / as employed as lead detective of the Topeka Police Department. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

7. ) **Defendant**: Capt. Chiles is a citizen of Topeka, Kansas and is / as employed as Captain of the Topeka Police Department. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

8. ) **Defendant**: Chuck Haggard is a citizen of Topeka, Kansas and is / as employed as an Officer of the Topeka Police Department. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

9. ) **Defendant**: Michael Isaman is a citizen of Topeka, Kansas and is / as employed as an Officer of the Topeka Police Department. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

10. ) **Defendant**: Mitch Campbell is a citizen of Topeka, Kansas and is / as employed as an Officer of the Topeka Police Department. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

11. ) **Defendant**: <u>Louis Randall</u> is a citizen of Topeka, Kansas and is / as employed as an Officer of the Topeka Police Department. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

12. ) **Defendant**: <u>Thomas R. Conklin</u> is a citizen of Topeka, Kansas and is / as employed as a Judge of the Shawnee County District Court. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

13. ) **Defendant**: <u>Joan Hamilton</u> is a citizen of Topeka, Kansas and is / as employed as Lead District Attorney of the Shawnee County District Court. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

14. ) **Defendant**: <u>Joel Meinecke</u> is a citizen of Topeka, Kansas and is / as employed as District Attorney of the Shawnee County District Court. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

15. ) **Defendant**: <u>Wendall Betts</u> is a citizen of Topeka, Kansas and is / as employed as Public Defender for the Shawnee County District Court. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

16. ) **Defendant**: Cynthia K. Sewell is a citizen of Topeka, Kansas and is / as employed as Lead Public Defender for the Shawnee County District Court. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

17 ) **Defendant**: Janine Cox is a citizen of Topeka, Kansas and is / as employed as Appellate Defender for the State of Kansas. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

18. ) **Defendant**: Franklin R. Theis is a citizen of Topeka, Kansas and is / as employed as a Judge of the Shawnee County District Court. At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State law? Yes.

**See Memorandum in Support of Civil Rights Complaint 42 U. S. C. §1983 filed with this action.**

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __See Memorandum IN Support of Civil Rights Complaint 42 U.S.C. §1983 filed with this action. "Illegal Search of 2831 Wear Circle; Topeka, Kansas"__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

__See Memorandum IN Support of Civil Rights Complaint 42 U.S.C. §1983 with this action.__

B) (1) Count II: __"Illegal Search and Seizure of Mary Love's (Val Moore's) Pontiac Grandam"__

(2) Supporting Facts: __See Memorandum IN Support of Civil Rights Complaint 42 U.S.C. §1983 filed with this action.__

C) (1) Count III: "Illegal Arrest of Levi Love"

(2) Supporting Facts: See Memorandum In Support of Civil Rights Complaint 42 U.S.C. §1983 filed with this action.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: Levi Love; Mary L. Love; Val G. Moore

      Defendants: _____

   b) Name of court and docket number Shawnee County District Court in Topeka, Kansas (98CV1284) under K.S.A. 60-260

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Mr. Levi Love filed a class action in behalf of himself (prose) and in behalf of Mary Love (Val Moore) preserving the claims. Case dismissed without prejudice.

   d) Issues raised Illegal search; Illegal search & seizure; false arrest (etc) same as argued within (see memorandum in support).

XE-2 8/82   CIVIL RIGHTS COMPLAINT §1983

4

e) Approximate date of filing lawsuit  8/21/98 Within the 2yr time limit of K.S.A. 60-513 (a)(4) etc.

f) Approximate date of disposition  9/30/98 Dismissed without prejudice.

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

See Memorandum In Support Of Civil Rights Complaint 42 U.S.C. § 1983 filed with this action

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

See Memorandum In Support Of Civil Rights Complaint 42 U.S.C. § 1983 filed with this action.

_____      *Valgene Moore*
Signature of Attorney (if any)     MR. VAL G. MOORE

                          *Levi Love*
                          Lawyer's Assistant / Paralegal

                          *Mary Love*
                          MS. MARY LOVE

(Attorney's full address and telephone number)

## CERTIFICATE OF SERVICE

I, **Val G. Moore** state that I sent / delivered a copy of this **CIVIL RIGHTS COMPLAINT** PURSUANT TO 42 U. S. C. § 1983 to: Shawnee County District Court- 200 S/E 7th street- Topeka, Kansas 66603 and one copy to: Clerk of the Federal District Court - Frank Carlson Federal Bldg., 444 S/E Quincy St., Ste 490 - Topeka, Kansas 66683 and one copy to: Topeka Police Department - 320 S. Kansas Ave. - Topeka, Kansas 66603 and one copy to: Public Defender's office - 701 S/W Jackson St. 3rd Flr. - Topeka, KS 66603 and one copy to: Appellate Defender's office - 700 S/W Jackson suite 900 - Topeka, Kansas 66603 on this 11th day of July, 2025.

Respectfully submitted,

*Valgene Moore*
Mr. Val Moore

*Mary Love*
MS. MARY LOVE

*Levi Love*
Lawyer's Assistant / Paralegal / Author

XE-2 8/82                     CIVIL RIGHTS COMPLAINT                              6